# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                    DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)    ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [ ] Yes [ ] Judge Previously Assigned

If yes, was this case  Vol. [ ]  Invol. [ ]  Dismissed.  No [ ]  Yes [ ]  If yes, give date _____ & Case No. _____

Is this an international arbitration case?   No [ ]   Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                NATURE OF SUIT

**TORTS**                                                                    **ACTIONS UNDER STATUTES**

**CONTRACT**                PERSONAL INJURY           PERSONAL INJURY            FORFEITURE/PENALTY     BANKRUPTCY                    OTHER STATUTES

[ ] 110  INSURANCE          [ ] 310 AIRPLANE         [ ] 367 HEALTHCARE/        [ ] 625 DRUG RELATED   [ ] 422 APPEAL                [ ] 375 FALSE CLAIMS
[ ] 120  MARINE             [ ] 315 AIRPLANE PRODUCT     PHARMACEUTICAL PERSONAL    SEIZURE OF PROPERTY      28 USC 158              [ ] 400 STATE
[ ] 130  MILLER ACT             LIABILITY                INJURY/PRODUCT LIABILITY   21 USC 881         [ ] 423 WITHDRAWAL                REAPPORTIONMENT
[ ] 140  NEGOTIABLE         [ ] 320 ASSAULT, LIBEL & [ ] 365 PERSONAL INJURY    [ ] 690 OTHER              28 USC 157               [ ] 410 ANTITRUST
         INSTRUMENT             SLANDER                  PRODUCT LIABILITY                                                           [ ] 430 BANKS & BANKING
[ ] 150  RECOVERY OF        [ ] 330 FEDERAL          [ ] 368 ASBESTOS PERSONAL                                                       [ ] 450 COMMERCE
         OVERPAYMENT &          EMPLOYERS'               INJURY PRODUCT                                 PROPERTY RIGHTS              [ ] 460 DEPORTATION
         ENFORCEMENT            LIABILITY                LIABILITY                                                                   [ ] 470 RACKETEER INFLU-
         OF JUDGMENT        [ ] 340 MARINE                                                              [ ] 820 COPYRIGHTS               ENCED & CORRUPT
[ ] 151  MEDICARE ACT       [ ] 345 MARINE PRODUCT   PERSONAL PROPERTY                                  [ ] 830 PATENT                   ORGANIZATION ACT
[ ] 152  RECOVERY OF            LIABILITY                                                               [ ] 840 TRADEMARK                (RICO)
         DEFAULTED          [ ] 350 MOTOR VEHICLE    [ ] 370 OTHER FRAUD                                                             [ ] 480 CONSUMER CREDIT
         STUDENT LOANS      [ ] 355 MOTOR VEHICLE    [ ] 371 TRUTH IN LENDING                                                        [ ] 490 CABLE/SATELLITE TV
         (EXCL VETERANS)        PRODUCT LIABILITY                                                       SOCIAL SECURITY
[ ] 153  RECOVERY OF        [ ] 360 OTHER PERSONAL                                                                                   [ ] 850 SECURITIES/
         OVERPAYMENT            INJURY               [ ] 380 OTHER PERSONAL     LABOR                   [ ] 861 HIA (1395ff)             COMMODITIES/
         OF VETERAN'S       [ ] 362 PERSONAL INJURY -    PROPERTY DAMAGE                                [ ] 862 BLACK LUNG (923)         EXCHANGE
         BENEFITS               MED MALPRACTICE     [ ] 385 PROPERTY DAMAGE     [ ] 710 FAIR LABOR      [ ] 863 DIWC/DIWW (405(g))
[ ] 160  STOCKHOLDERS                                    PRODUCT LIABILITY          STANDARDS ACT       [ ] 864 SSID TITLE XVI
         SUITS                                                                  [ ] 720 LABOR/MGMT      [ ] 865 RSI (405(g))         [ ] 890 OTHER STATUTORY
[ ] 190  OTHER                                       PRISONER PETITIONS             RELATIONS                                            ACTIONS
         CONTRACT                                                               [ ] 740 RAILWAY LABOR ACT                            [ ] 891 AGRICULTURAL ACTS
[ ] 195  CONTRACT                                    [ ] 463 ALIEN DETAINEE     [ ] 751 FAMILY MEDICAL  FEDERAL TAX SUITS
         PRODUCT            ACTIONS UNDER STATUTES  [ ] 510 MOTIONS TO             LEAVE ACT (FMLA)
         LIABILITY                                       VACATE SENTENCE                                [ ] 870 TAXES (U.S. Plaintiff or [ ] 893 ENVIRONMENTAL
[ ] 196  FRANCHISE          CIVIL RIGHTS                 28 USC 2255            [ ] 790 OTHER LABOR         Defendant)                   MATTERS
                                                     [ ] 530 HABEAS CORPUS         LITIGATION           [ ] 871 IRS-THIRD PARTY      [ ] 895 FREEDOM OF
                            [ ] 440 OTHER CIVIL RIGHTS [ ] 535 DEATH PENALTY    [ ] 791 EMPL RET INC         26 USC 7609                 INFORMATION ACT
                                (Non-Prisoner)       [ ] 540 MANDAMUS & OTHER      SECURITY ACT                                      [ ] 896 ARBITRATION
**REAL PROPERTY**           [ ] 441 VOTING                                                                                           [ ] 899 ADMINISTRATIVE
                            [ ] 442 EMPLOYMENT                                  IMMIGRATION                                              PROCEDURE ACT/REVIEW OR
[ ] 210  LAND               [ ] 443 HOUSING/         PRISONER CIVIL RIGHTS                                                               APPEAL OF AGENCY DECISION
         CONDEMNATION           ACCOMMODATIONS                                  [ ] 462 NATURALIZATION
[ ] 220  FORECLOSURE        [ ] 445 AMERICANS WITH   [ ] 550 CIVIL RIGHTS           APPLICATION                                      [ ] 950 CONSTITUTIONALITY OF
[ ] 230  RENT LEASE &           DISABILITIES -       [ ] 555 PRISON CONDITION   [ ] 465 OTHER IMMIGRATION                                STATE STATUTES
         EJECTMENT              EMPLOYMENT           [ ] 560 CIVIL DETAINEE         ACTIONS
[ ] 240  TORTS TO LAND      [ ] 446 AMERICANS WITH       CONDITIONS OF CONFINEMENT
[ ] 245  TORT PRODUCT           DISABILITIES -OTHER
         LIABILITY          [ ] 448 EDUCATION
[ ] 290  ALL OTHER
         REAL PROPERTY

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION         DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
    UNDER F.R.C.P. 23                       IF SO, STATE:

DEMAND $_____   OTHER _____   JUDGE _____ DOCKET NUMBER_____

Check YES only if demanded in complaint
JURY DEMAND:  [ ] YES  [ ] NO              NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

**ORIGIN**

(PLACE AN x IN ONE BOX ONLY)

☐ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from (Specify District)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge Judgment

☐ a. all parties represented
☐ b. At least one party is pro se.

(PLACE AN x IN ONE BOX ONLY)         **BASIS OF JURISDICTION**         *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)   ☐ 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:  THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☐ MANHATTAN
(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

DATE          SIGNATURE OF ATTORNEY OF RECORD          ADMITTED TO PRACTICE IN THIS DISTRICT
                         *Thomas M. Lancia*                                      [ ] NO
                                                                                  [ ] YES (DATE ADMITTED  Mo. _____ Yr. _____)
RECEIPT #                                                                         Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)